UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 1:10-CR-94 |
| v. ) | |
| ) | Collier/Lee |
| PATRICK M. JACKSON ) | |

**O R D E R**

Before the Court is a motion to suppress filed by Defendant Patrick M. Jackson ("Defendant") (Court File No. 10). Defendant moved to suppress ammunition seized during the warrantless search of his bedroom. The motion was referred to United States Magistrate Judge Susan K. Lee, who held a hearing and subsequently filed a report & recommendation ("R&R") recommending Defendant's motion be denied (Court File No. 23). Defendant also filed a motion and amended motion for leave to late file exhibits (Court Files No. 25, 26). The United States has not responded, and pursuant to Local Rule 7.2, the Court **GRANTS** Defendant's amended motion to late file exhibits (Court File No. 26). For the reasons expressed in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 23). Accordingly, Defendant's motion to suppress is **DENIED** (Court File No. 10).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**