# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:10-cr-94-001 |
| v. ) | |
| ) | Judge Collier/Lee |
| PATRICK MARIO JACKSON ) | |

## MEMORANDUM AND ORDER

PATRICK MARIO JACKSON ("Defendant") came before the Court for an initial appearance on April 1, 2021, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Second Amended Petition for Warrant for Offender under Supervision ("Petition") [Doc. 134].

After being sworn in due form of law, Defendant was informed of his privilege against self-incrimination under the 5th Amendment and his right to counsel under the 6th Amendment to the United States Constitution.

The Court determined Defendant wanted to be represented by an attorney and that he qualified for the appointment of an attorney to represent him at government expense. Consequently, the Court reconfirmed the **APPOINTMENT**[1] of Attorney Gianna Maio of Federal Defender Services of Eastern Tennessee, Inc., to represent Defendant.

Defendant was furnished with a copy of the Petition, and had an opportunity to review that document with his attorney. The Court determined that Defendant was able to read and understand the Petition with the assistance of his counsel. In addition, AUSA Kyle Wilson explained to Defendant the specific charges contained in the Petition. Defendant acknowledged that he understood the charges in the Petition.

The Government moved Defendant be detained pending disposition of the Petition or further Order of this Court. The Court explained Defendant's right to a preliminary hearing and detention hearing and what those hearings entail. Defendant conferred with his counsel and waived the preliminary hearing and the detention hearing; however, Defendant's counsel orally moved the Court to order a psychiatric and/or psychological evaluation under 18 U.S.C. § 4241(a). By separate order entered in this case, the Court granted the motion for a mental evaluation

---

[1] The Court previously appointed Attorney Gianna Maio to represent Defendant by order dated February 8, 2021 [Doc. 119].

1

Case 1:10-cr-00094-CLC-SKL   Document 140   Filed 04/08/21   Page 1 of 2   PageID #: 953

The Court finds that probable cause exists to demonstrate that Defendant has committed violations of his conditions of supervised release, and that Defendant has not carried the burden of establishing by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community. Consequently, the Court **GRANTED** the Government's oral motion to detain Defendant pending disposition of the Petition or further Order of this Court.

It is, therefore, **ORDERED** that:

1. The Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending further Order of this Court is **GRANTED**.

2. Defendant shall fully comply with the Order of Commitment for Mental Evaluation.

3. Defendant shall appear in court for the revocation hearing before United States District Judge Curtis L. Collier on **June 2, 2021, at 2:00 p.m.,** unless the date of that hearing is changed by the Court.[2]

**ENTER.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE

---

[2] The undersigned recognizes that Defendant may still be at a federal BOP hospital facility undergoing an evaluation at the time of the scheduled revocation hearing. Consequently, counsel are directed to monitor the status of Defendant's evaluation and to notify District Judge Collier's chambers if it appears that Defendant will be unavailable for the revocation hearing on June 2, 2021.